IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RECEIVED
CLERK'S OFFICE
2014 JAN -9 AM 8:26
U.S. DISTRICT COURT
MIDDLE DIST. GEORGIA
MACON, GEORGIA

Eugene Seats #235196
Macon State Prison
P.O. Box 426
Oglethrope, GA 31068

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

**Plaintiff(s)**

VS.

Amy D. Kingman, MD
Central Georgia Heart Center
682 Hemlock Street
Macon, GA 31201

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO: 5:14-CV-11

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Eugene Seats #235196
2. Name and location of prison where you are now confined: Macon State Prison P.O. Box 426 Oglethrope, GA 31068
3. Sentence you are now serving (how long?): thirty seven fifteen years
   (a) What were you convicted of? Child mulestion, incest, Statutory Rape
   (b) Name and location of court which imposed sentence: Covington GA 30014 Newton County
   (c) When was sentence imposed? 2006
   (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☑ No
   (e) What was the result of your appeal? N/A
   (f) Approximate date your sentence will be completed: 2021

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☑ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

(b) Name of Court: N/A

(c) Docket Number: N/A   When did you file this lawsuit? _____

(d) Name of judge assigned to case: N/A

(e) Is this case still pending?   ☐ Yes   ☐ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) N/A

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you <u>now</u> confined? Macon State Prison

(a) How long have you been at this institution? 2 1/2 years

(b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No

(c) If your answer to question 6(b) is "Yes," answer the following:

  (1) Did you present your complaint(s) herein to the institution as a grievance?
    ☑ Yes   ☐ No

  (2) What was the result? denied

(d) If your answer to question 6(b) is "No," explain why not: _____

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: On 7-23-13 I File a Grievance and talk with Counslor. Eddie Walker and I appeal the Grievance

7. In what other institutions have you been confined? Give dates of entry and exit.
Jefferson Countie CI 4-15-91 / 6-21-96
Hall Coul.e. CI 11-17-92 to 3-22-93
Corrollton CI 12-06-93 to 6-6-95
Johnson State Prison 12-29-2006 to 5-11-2011 Macon St Prison 5-11-2011 to now

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.
Eugene Seals #235196
Macon State Prison
PO Box 426 Oglethrope, GA 31068

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
N/A

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT. If the court needs additional information from you, you will be notified.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS, IF NECESSARY)

Correction office Hudson, Kitchen Supervisor Gloria West and Elizabeth Tooks. Macon State Prison PO Box 426 Oglethorpe, GA 31068 The people I have name here saw me on the floor of Macon State Prison having difficulth breathing. Medical staff was call by kitchen

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.
(USE ADDITIONAL SHEETS, IF NECESSARY)

I would like the Court to recognize the malfeasance of DR. Amy D. Kingman in over perscribing me. To the point of my heart rate dropping to a critical level witch almost cost me my life. I would like to petion the Court to grant me a suitable sum of money for my pain and suffering. I thank that a suitable amount too satisfy me would be around $500,000.00 dollar.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this 06 day of January, 2014.

_Eugene Deats_
(Signature of Plaintiff)

11. Office Hudson after medical staff got to the kitchen. I was then taken to the prison medicail ward where Depaty Warden Blackely and some other Sliff member was wating. After EMT arive I was then transported to ~~the~~ Macon GA.

## STATEMENT OF CLAIM (Continued)

Where did the incident you are complaining about occur? That is, at what institution or institutions? Macon State Prison Kitchen

When do you allege this incident took place? 7-12-13

What happened? On 7-02-13. I was taken to A Doctor apoinment in Macon GA. I was seen by Amy D. Kingman, MD. at that time is when she change my medication and started me on metoprolol. 100mg. After taking the metoprolol for seven days It made me very dizzy and short of breath. On 7-12-13 I collaspe and had to be transported by EMT to Central Georgia Medical Center. I was diagnosis with a low heart beat After running test on me. The Doctor said that I was over medicated. On 7-15-13. I was release and was told to stop taking the metoprolol 100 mg.